UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GAGNON, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>TRISEPT CORPORATION, a Virginia Corporation, ENGILITY CORPORATION, a Massachusetts Corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 5:18-cv-02145-R-(SHKx)<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties having stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1.  The above-captioned action, *Gagnon v. Trisept Corporation et. al.,* Case No. 5:18-cv-02145-R-(SHKx), is dismissed with prejudice.


IT IS SO ORDERED.


Dated:  October 17, 2019


By:    Hon. R. Gary Klausner
       United States District Judge